**Fill in this information to identify the case:**

Debtor 1: Randall Kieth Nolen

Debtor 2:

United States Bankruptcy Court for the: Eastern DISTRICT OF Arkansas

Case Number: 18-14596

# Official Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 5909

**Property address:** 2591 CHAD DR
JONESBORO, AR 72401

## Part 2: Prepetition Default Payments

*Check one*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining as of the date of this response is: $

## Part 3: Postpetition Mortgage Payments

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due                                  (a) $9,686.16
b. Total fees, charges, expenses, escrow, and costs outstanding.           (b)
c. **Total.** Add lines                                                    (c) $9,686.16

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 08/1/2022
MM / DD / YYYY

Official Form 4100R                Response to Notice of Final Cure Payment                page 1

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/  Sammy Hooda                                    Date  4/21/2023

Print:   Sammy Hooda                                   Title  Attorney for the Creditor
         First Name    Middle Name    Last Name

Company:  Marinosci Law Group, P.C.

Address:  415 North McKinley Suite 360
          Number          Street
          Little Rock   Arkansas    72205
          City          State       ZIP Code

Contact phone  501-663-6200                            Email  BKinquiries@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on   April 21, 2023.

Randall Kieth Nolen
2591 Chad Drive
Jonesboro, AR 72401

                                        Marinosci Law Group, P.C.
                                        */s/   Sammy Hooda*
                                        Email: BKinquiries@mlg-defaultlaw.com
                                        ATTORNEYS FOR CREDITOR



| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | ESCROW | TOTAL | Reference |
| 09/01/18 | 826.76 | 207.10 | 1,033.86 | Payment listed in POC |
| 07/01/21 | 826.76 | 254.00 | 1,080.76 | NOPC filed with the court |
| 11/01/22 | 826.76 | 247.22 | 1,073.98 | NOPC filed with the court |

Loan#:
Borrower: Nolen
Date Filed: 8/23/2018
BK Case #: 18-14596

First Post Petition Due Date: 9/1/2018
POC covers: fees only
MOD EFFECTIVE DATE:

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | | | | | | | $0.00 | $0.00 |
| 9/7/2018 | $1,033.86 | post | 9/1/18 | 9/1/18 | $1,033.86 | $0.00 | | | $0.00 | | | | | |
| 10/11/2018 | $1,033.86 | post | 10/1/18 | 10/1/18 | $1,033.86 | $0.00 | | | $0.00 | | | | | |
| 11/14/2018 | $1,033.86 | post | 11/1/18 | 11/1/18 | $1,033.86 | $0.00 | | | $0.00 | | | | | |
| 12/13/2018 | $1,033.86 | post | 12/1/18 | 12/1/18 | $1,033.86 | $0.00 | | | $0.00 | | | | | |
| 11/15/2019 | $3,101.58 | post | Arrears added to plan for 1/1/19-6/1/19 iao 7234.16 1/1/19 | 1/1/19 | $1,033.86 | $2,067.72 | $2,067.72 | | $2,067.72 | | | | $0.00 | $0.00 |
| 11/15/2019 | | post | 2/1/19 | 2/1/19 | $1,033.86 | -$1,033.86 | | $1,033.86 | $1,033.86 | | | | $0.00 | $0.00 |
| 11/15/2019 | | post | 3/1/19 | 3/1/19 | $1,033.86 | -$1,033.86 | | $1,033.86 | $0.00 | | | | $0.00 | $0.00 |
| 12/12/2019 | $1,033.86 | post | 4/1/19 | 4/1/19 | $1,033.86 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 1/13/2020 | $1,033.86 | post | 5/1/19 | 5/1/19 | $1,033.86 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 1/13/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $18.61 | $18.61 | $18.61 |
| 2/20/2020 | $1,033.86 | post | 6/1/19 | 6/1/19 | $1,033.86 | $0.00 | | | $0.00 | | | | $18.61 | $18.61 |
| 2/20/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $21.45 | $40.06 | $40.06 |
| 3/16/2020 | $1,033.86 | post | 7/1/19 | 7/1/19 | $1,033.86 | $0.00 | | | $0.00 | | | | $40.06 | $40.06 |
| 3/16/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $44.78 | $84.84 | $84.84 |
| 4/9/2020 | $1,033.86 | post | 8/1/19 | 8/1/19 | $1,033.86 | $0.00 | | | $0.00 | | | | $84.84 | $84.84 |
| 4/9/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $70.14 | $154.98 | $154.98 |
| 5/20/2020 | $1,033.86 | post | 9/1/19 | 9/1/19 | $1,033.86 | $0.00 | | | $0.00 | | | | $154.98 | $154.98 |
| 5/20/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $75.00 | $229.98 | $229.98 |
| 6/12/2020 | $1,033.86 | post | 10/1/19 | 10/1/19 | $1,033.86 | $0.00 | | | $0.00 | | | | $229.98 | $229.98 |
| 6/12/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $69.90 | $299.88 | $299.88 |
| 8/18/2020 | $1,033.86 | post | 11/1/19 | 11/1/19 | $1,033.86 | $0.00 | | | $0.00 | | | | $299.88 | $299.88 |
| 8/18/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $62.14 | $362.02 | $362.02 |
| 9/9/2020 | $1,033.86 | post | 12/1/19 | 12/1/19 | $1,033.86 | $0.00 | | | $0.00 | | | | $362.02 | $362.02 |
| 9/9/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $57.76 | $419.78 | $419.78 |
| 9/14/2020 | $1,033.86 | post | 1/1/20 | 1/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $419.78 | $419.78 |
| 9/14/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $53.63 | $473.41 | $473.41 |
| 10/13/2020 | $1,033.86 | post | 2/1/20 | 2/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $473.41 | $473.41 |
| 10/13/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $49.74 | $523.15 | $523.15 |
| 11/11/2020 | $1,033.86 | post | 3/1/20 | 3/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $523.15 | $523.15 |
| 11/11/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $47.51 | $570.66 | $570.66 |
| 12/10/2020 | $1,033.86 | post | 4/1/20 | 4/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $570.66 | $570.66 |
| 12/10/2020 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $43.94 | $614.60 | $614.60 |
| 1/20/2021 | $1,033.86 | post | 5/1/20 | 5/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $614.60 | $614.60 |
| 1/20/2021 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $40.56 | $655.16 | $655.16 |
| 2/16/2021 | $1,033.86 | post | 6/1/20 | 6/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $655.16 | $655.16 |
| 2/16/2021 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $37.39 | $692.55 | $692.55 |
| 3/16/2021 | $1,033.86 | post | 7/1/20 | 7/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $692.55 | $692.55 |
| 3/16/2021 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $34.40 | $726.95 | $726.95 |
| 4/20/2021 | $1,033.86 | post | 8/1/20 | 8/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $726.95 | $726.95 |
| 4/20/2021 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $31.60 | $758.55 | $758.55 |
| 5/19/2021 | $1,033.86 | post | 9/1/20 | 9/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $758.55 | $758.55 |
| 5/19/2021 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $28.96 | $787.51 | $787.51 |
| 6/11/2021 | $1,033.86 | post | 10/1/20 | 10/1/20 | $1,033.86 | $0.00 | | | $0.00 | | | | $787.51 | $787.51 |
| 6/11/2021 | | Corporate Adv | | | | $0.00 | | | $0.00 | | | $26.49 | $814.00 | $814.00 |
| 7/16/2021 | $1,080.76 | post | 11/1/20 | 11/1/20 | $1,033.86 | $46.90 | $46.90 | | $46.90 | | | | $814.00 | $814.00 |
| 7/16/2021 | | Corporate Adv | | | | $0.00 | | | $46.90 | | | $22.21 | $836.21 | $836.21 |
| 8/13/2021 | $1,080.76 | post | 12/1/20 | 12/1/20 | $1,033.86 | $46.90 | $46.90 | | $93.80 | | | | $836.21 | $836.21 |
| 8/13/2021 | | Corporate Adv | | | | $0.00 | | | $93.80 | | | $25.20 | $861.41 | $861.41 |
| 9/13/2021 | $1,080.76 | post | 1/1/21 | 1/1/21 | $1,033.86 | $46.90 | $46.90 | | $140.70 | | | | $861.41 | $861.41 |
| 9/13/2021 | | Corporate Adv | | | | $0.00 | | | $140.70 | | | $24.40 | $885.81 | $885.81 |
| 10/22/2021 | $1,080.76 | post | 2/1/21 | 2/1/21 | $1,033.86 | $46.90 | $46.90 | | $187.60 | | | | $885.81 | $885.81 |
| 10/22/2021 | | Corporate Adv | | | | $0.00 | | | $187.60 | | | $23.55 | $909.36 | $909.36 |
| 11/12/2021 | $1,080.76 | post | 3/1/21 | 3/1/21 | $1,033.86 | $46.90 | $46.90 | | $234.50 | | | | $909.36 | $909.36 |
| 11/12/2021 | | Corporate Adv | | | | $0.00 | | | $234.50 | | | $20.45 | $929.81 | $929.81 |
| 12/13/2021 | $1,080.76 | post | 4/1/21 | 4/1/21 | $1,033.86 | $46.90 | $46.90 | | $281.40 | | | | $929.81 | $929.81 |
| 12/13/2021 | | Corporate Adv | | | | $0.00 | | | $281.40 | | | $19.54 | $949.35 | $949.35 |
| 1/26/2022 | $1,080.76 | post | 5/1/21 | 5/1/21 | $1,033.86 | $46.90 | $46.90 | | $328.30 | | | | $949.35 | $949.35 |
| 1/26/2022 | | Corporate Adv | | | | $0.00 | | | $328.30 | | | 18.53 | $967.88 | $967.88 |
| 2/9/2022 | $1,080.76 | post | 6/1/21 | 6/1/21 | $1,033.86 | $46.90 | $46.90 | | $375.20 | | | | $967.88 | $967.88 |
| 3/7/2022 | | Corporate Adv | | | | $0.00 | | | $375.20 | | | $17.40 | $985.28 | $985.28 |
| 3/10/2022 | $1,080.76 | post | 7/1/21 | 7/1/21 | $1,080.76 | $0.00 | | | $375.20 | | | | $985.28 | $985.28 |
| 3/25/2022 | | Corporate Adv | | | | $0.00 | | | $375.20 | | | $16.06 | $1,001.34 | $1,001.34 |
| 4/26/2022 | $1,080.76 | post | 8/1/21 | 8/1/21 | $1,080.76 | $0.00 | | | $375.20 | | | | $1,001.34 | $1,001.34 |

| Date | Amount | Type | Date A | Date B | Amount 2 | Adj | Fee | Balance | Extra | Total 1 | Total 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/2022 | $1,080.76 | post | 9/1/21 | 9/1/21 | $1,080.76 | $0.00 | | $375.20 | | $1,001.34 | $1,001.34 |
| 6/15/2022 | $1,080.76 | post | 10/1/21 | 10/1/21 | $1,080.76 | $0.00 | | $375.20 | | $1,001.34 | $1,001.34 |
| 6/15/2022 | | Corporate Adv | | | | $0.00 | | $375.20 | $395.45 | $1,396.79 | $1,396.79 |
| 7/15/2022 | $1,080.76 | post | 11/1/21 | 11/1/21 | $1,080.76 | $0.00 | | $375.20 | | $1,396.79 | $1,396.79 |
| 8/12/2022 | $1,080.76 | post | 12/1/21 | 12/1/21 | $1,080.76 | $0.00 | | $375.20 | | $1,396.79 | $1,396.79 |
| 9/16/2022 | $1,080.76 | post | 1/1/22 | 1/1/22 | $1,080.76 | $0.00 | | $375.20 | | $1,396.79 | $1,396.79 |
| 10/18/2022 | $1,080.76 | post | 2/1/22 | 2/1/22 | $1,080.76 | $0.00 | | $375.20 | | $1,396.79 | $1,396.79 |
| 11/18/2022 | $1,073.98 | post | 3/1/22 | 3/1/22 | $1,080.76 | -$6.78 | $6.78 | $368.42 | | $1,396.79 | $1,396.79 |
| 12/19/2022 | $1,073.98 | post | 4/1/22 | 4/1/22 | $1,080.76 | -$6.78 | $6.78 | $361.64 | | $1,396.79 | $1,396.79 |
| 1/187/2023 | $1,073.98 | post | 5/1/22 | 5/1/22 | $1,080.76 | -$6.78 | $6.78 | $354.86 | | $1,396.79 | $1,396.79 |
| 2/15/2023 | $1,073.98 | post | 6/1/22 | 6/1/22 | $1,080.76 | -$6.78 | $6.78 | $348.08 | | $1,396.79 | $1,396.79 |
| 3/20/2023 | $1,073.98 | post | 7/1/22 | 7/1/22 | $1,080.76 | -$6.78 | $6.78 | $341.30 | | $1,396.79 | $1,396.79 |
| | | | | | | $0.00 | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | | | | $0.00 | | $341.30 | | $1,396.79 | $1,396.79 |
| **DUE** | | | **8/1/22** | | **$1,080.76** | **-$1,080.76** | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | **9/1/22** | | **$1,080.76** | **-$1,080.76** | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | **10/1/22** | | **$1,080.76** | **-$1,080.76** | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | **11/1/22** | | **$1,073.98** | **-$1,073.98** | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | **12/1/22** | | **$1,073.98** | **-$1,073.98** | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | **1/1/23** | | **$1,073.98** | **-$1,073.98** | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | **2/1/23** | | **$1,073.98** | **-$1,073.98** | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | **3/1/23** | | **$1,073.98** | **-$1,073.98** | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | **4/1/23** | | **$1,073.98** | **-$1,073.98** | | $341.30 | | $1,396.79 | $1,396.79 |
| | | | | | | $0.00 | | $341.30 | | $1,396.79 | $1,396.79 |