KF      / 25A

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISON**

In re:  RANDALL KIETH NOLEN                                                    Case No: 3:18-bk-14596 J

**TRUSTEE'S MOTION TO DETERMINE FINAL CURE**
**AND MORTGAGE PAYMENT AND REQUEST FOR HEARING**

Comes now, Mark T. McCarty, Chapter 13 Trustee in the above styled case and for his Motion to Determine Final Cure and Mortgage Payments states:

1. The debtor filed for Chapter 13 bankruptcy relief on August 23, 2018.

2. On April 13, 2023 the Trustee filed and served on the creditor, debtor, and debtor's counsel a Notice of Final Cure Payment pursuant to F.R.B.P. 3002.1(f) on the mortgage claim filed by US BANK TRUST NA.

3. The creditor, US BANK TRUST NA, has filed a response pursuant to F.R.B.P. 3002.1(g) within the required time allowed stating they are in disagreement with the Trustee's records.

4. The Trustee's records, as of the date of this motion, reflect that all pre-petition and post-petition claims of the creditor relating to the debtor's principal residence have been paid pursuant to the confirmed plan and that the account is current with an ongoing mortgage payment of $1,073.98 per month.

WHEREFORE, pursuant to F.R.B.P. 3002.1(h), your petitioner prays for an order of determination that the debtor has cured all defaults and paid all post-petitions amounts due.

Respectfully submitted,

/s/ Mark T. McCarty

Mark T. McCarty
Chapter 13 Standing Trustee
P.O. Box 5006
North Little Rock  AR  72119-5006

(501) 374-1572

KF      / 25A

## CERTIFICATE OF SERVICE

I hereby certify that on 4/24/2023, the foregoing Trustee's Motion to Determine Final Cure and Mortgage Payment and Request for Hearing was electronically filed with the Clerk of the U.S. Bankruptcy Court using the CM/ECF system. The following parties are registered CM/ECF filers and will be served by CM/ECF Notice of Electronic Filing:

>MIKE DELOACHE PA
>512 West Washington Ave
>Jonesboro, AR  72401

I further certify that all other parties listed below will be served by ordinary First Class U.S. Mail:

>RANDALL KIETH NOLEN
>2591 Chad Drive
>Jonesboro, AR  72405

>US BANK NATIONAL ASSOCIATION
>Rushmore Loan Management Services
>P O Box 55004
>Irvine, CA  92619-2708

>US BANK TRUST NA
>Rushmore Loan Management Services Llc
>P O Box 52708
>Irvine, CA  92619-2708

>MARINOSCI LAW GROUP PC
>16415 Addison Road Suite 725
>Addison, TX  75001

/s/ Mark T. McCarty
Mark T. McCarty
Chapter 13 Standing Trustee
P.O. Box 5006
North Little Rock  AR  72119-5006
(501) 374-1572